## AMERICAN CASUALTY CO v HOWELL

Ohio Supreme Court

No 23007.   Decided March 23, 1932

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Stephenson, JJ, concur.
Full opinion will be published later.
Watch **Omnibus Index.**

## STATE ex HEFFERNAN et v SERP et

Ohio Supreme Court

No 23382.   Decided March 23, 1932

Matthias, Allen, Kinkade and Stephenson, JJ, concur.
Full opinion will be published later.
Watch **Omnibus Index.**

## HROVAT v CLEVELAND RY CO

Ohio Supreme Court

No 23010.   Decided March 23, 1932

Marshall, CJ, Matthias, Day, Allen, Kinkade and Stephenson, JJ, concur.
Full opinion will be published later.
Watch **Omnibus Index.**